**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: _____  Case No. _____

AVILES RAMIREZ, ZORAIDA_____  Chapter 13_____
                               Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: 3/21/2011_____  ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                     Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$____675.00___ x ____60____ = $ ____40,500.00____
$_____ x _____ = $ _____
$_____ x _____ = $ _____
$_____ x _____ = $ _____
$_____ x _____ = $ _____

TOTAL: $ ____40,500.00____

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ ____40,500.00____

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ ____2,694.00____

Signed: /s/ ZORAIDA AVILES RAMIREZ_____
        Debtor

        _____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
#  _____ #  _____ #  _____
$  _____ $  _____ $  _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. GERENCOOP_____ Cr. _____ Cr. _____
# 21073_____ # _____ # _____
$  20,000.00_____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
#  _____ #  _____ #  _____
$  _____ $  _____ $  _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
#  _____ #  _____ #  _____
$  _____ $  _____ $  _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

DEBTOR WILL PROVIDE INSURANCE TO GEREN COOP TROUGH EASTERN AMERICAN INS CORP.

ADEQUATE PROTECTION TO GEREN COOP IN THE AMOUNT OF $175.00

---

Attorney for Debtor Jose Prieto_____  Phone: (787) 607-2066_____

**CHAPTER 13 PAYMENT PLAN**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only