# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO
### MINUTE OF HEARING

*Hearing Information:*

| | | | |
|---|---|---|---|
| **Debtor:** | ZORAIDA AVILES RAMIREZ | **Case Number:** | 11-02385-SEK |
| **Joint Debtor:** | | **Chapter:** | 13 |
| **Date / Time / Room:** | 5-20-2011 | | Courtroom #1 |
| **Bankruptcy Judge:** | Sara De Jesus | | |
| **Courtroom Deputy:** | EDUARDO BUJOSA | | |

*Matter:*
CONFIRMATION HEARING OF PLAN DATED 03/21/2011 (#2)

*Appearances:* ☐ Debtor ☑ Debtor's Attorney ☑ Trustee ☐ US Trustee ☐ Creditors/Others:

*Notes and Remarks:* *(Order will be entered electronically)*

☐ **Plan Dated**: _____ ☐ As modified in open Court (see additional comments) was: ☐ **Confirmed**.* ☐ **Denied**.*

☐ **Modified Plan Dated** : _____ ☐ **Approved** ☐ **Denied**

☐ **Motion filed by** _____ is ☐ **Granted*** ☐ **Denied*** ☐ **Withdrawn** ☐ **Moot.**

☐ **Debtor's motion requesting voluntary dismissal is hereby granted.** *

☐ **Case is dismissed for reasons stated in open Court.** * ☐ **Order to show cause is enforced and case is dismissed.***
  ☐ **Trustee is awarded $100.00 for costs.**

☐ **Motion for Reconsideration was granted**. * Order Dismissing Case entered on _____ is vacated and set aside.

☐ The case was **converted for reasons stated in open Court**. * ☐ _____ to pay conversion fees within _____ days.

☐ Debtor's ☐ Trustee's **Objection to Claim No.** _____ **filed by** _____ **is:**
  ☐ **Granted*** ☐ **Denied*** ☐ **Withdrawn.** ☐ **Moot**.
  **Claim is :*** ☐ **Disallowed** ☐ **Allowed as** _____ .

☐ **Application for Compensation and/or Reimbursement of Expenses filed by** _____ is
  ☐ Approved in the amount of _____ .* ☐ Denied.*

☐ **341 Meeting was rescheduled for**: _____ .

☐ **Debtor (s) will show cause within fourteen days why this case should not be dismissed or converted for unreasonable delay that is prejudicial to creditors and an inability to obtain the confirmation of a plan, 11 U.S.C. Section 1307 (c) (1) (5). Failure to respond may cause the Court to dismiss or convert the case without further hearing.***

☑ **Hearing rescheduled:** ☐ **Status conference set:** ☐ **Pretrial hearing for:** July 29, 2011 at 9:00 A.M. .
☑ **Clerk to give notice of hearing.*** ☐ **Clerk to follow up and return to chambers within** ___ days consider pending matters (see additional comments)

☐ Clerk to refer file to chambers _____ days ahead of next hearing.

☐ Additional Comments: